No. 1116.   DeFrates *v.* Illinois.   April 28, 1947. Petition for writ of certiorari to the Supreme Court of Illinois denied.   *Harold V. Snyder* for petitioner.

No. 1120.   Jonsson *v.* United States.   April 28, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.   *Edward Arkin* for petitioner.   *Acting Solicitor General Washington, Assistant Attorney General Sonnett* and *Samuel D. Slade* for the United States.

No. 1128.   Hefler et al. *v.* United States.   April 28, 1947.   Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.   *Jacob W. Friedman* for petitioners.   *Acting Solicitor General Washington, Robert S. Erdahl* and *Philip R. Monahan* for the United States.

No. 1133.   Bennion *v.* New York Life Insurance Co.   April 28, 1947.   Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Shirley P. Jones* and *John Lord O'Brian* for petitioner. *George A. Critchlow* and *Edwin Borchard* for respondent.

No. 1149.   Antis et al. *v.* Montgomery Ward & Co., Inc.   April 28, 1947.   Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied.